UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: SUBPOENA TO TESTIFY AT A DEPOSITION AND SUBPOENA TO PRODUCE DOCUMENTS OR PERMIT INSPECTION TO MARCUS LEMONIS AND MARCUS LEMONIS, LLC. | )<br>)<br>)<br>)<br>)<br>)<br>) |
| ASTRAL HEALTH & BEAUTY, INC., a Pennsylvania corporation registered in Georgia, and ASTRAL BRANDS, INC., a Delaware corporation registered in Georgia,<br><br>            Plaintiffs,<br><br>vs.<br><br>MARCUS LEMONIS, an individual, and MARCUS LEMONIS, LLC, an Illinois limited liability company,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Misc. Case No. _____ |
| GDM ENTERPRISES, LLC, a Missouri limited liability company, d/b/a The Lano Company,<br><br>            Plaintiff,<br><br>vs.<br><br>ASTRAL HEALTH & BEAUTY, INC., a Pennsylvania corporation registered in Georgia,<br><br>and<br><br>ASTRAL BRANDS, INC., a Delaware corporation registered in Georgia,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Underlying Action Pending in the<br>  U.S. District Court for the<br>  Western District of Missouri<br>  at Kansas City<br><br>  Case No. 4:17-CV-01069-SRB<br><br>  Jury Trial |

**MOTION TO COMPEL COMPLIANCE WITH
SUBPOENAS TO TESTIFY AT A DEPOSITION AND
SUBPOENAS TO PRODUCE DOCUMENTS OR PERMIT INSPECTION**

Defendants Astral Health & Beauty, Inc., and Astral Brands, Inc. (collectively "Astral") move pursuant to Fed. R. Civ. P. 37 and Local Rule 37.2 to compel Marcus Lemonis and Marcus Lemonis, LLC (collectively "Lemonis") to comply with Astral's Subpoenas to Produce Documents or Permit Inspection and Astral's Subpoenas to Testify at a Deposition and to pay the attorneys' fees Astral has incurred as a direct result of the failure of Lemonis's to comply with the subpoenas.

As grounds for this Motion, Astral relies on the Memorandum of Law, Declaration of Felicia J. Boyd, and Exhibits filed herewith.

Date: March 18, 2019

Respectfully submitted,

BARNES & THORNBURG LLP

By: */s/Bruce H. Little*
Bruce Little (IL Reg. No. 6188924)
**BARNES & THORNBURG LLP**
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 367-8729
Facsimile: (612) 333-6798
bruce.little@btlaw.com

Felicia J. Boyd (*pro hac vice*)
**BARNES & THORNBURG LLP**
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 367-8729
Facsimile: (612) 333-6798
felicia.boyd@btlaw.com

Joseph D. Lewis (*pro hac vice*)
**BARNES & THORNBURG LLP**
1717 Pennsylvania Avenue N.W., Suite 500
Washington, D.C. 20006
Telephone: (202) 408-6912

Facsimile: (202) 289-1330
joe.lewis@btlaw.com

Brenda G. Hamilton, Esq. MO #37900
SEIGFREID BINGHAM, PC
2323 Grand Boulevard, Suite 1000
Kansas City, MO 64108
Telephone: (816) 421-4460
Facsimile: (816) 474-3447
bhamilton@sb-kc.com

**ATTORNEYS FOR DEFENDANTS ASTRAL HEALTH & BEAUTY, LLC AND ASTRAL BRANDS, LLC**

## **CERTIFICATE OF SERVICE**

Bruce Little, an attorney, certifies that on March 18, 2019, he caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court, using the Court's CM/ECF system. I further certify that I caused a true and correct copy of the foregoing ot be served by electronic mail and First Class Mail delivery on:

Andrew M. DeMarea
Kenner Nygaard DeMarea Kendall LLC
117 W. 20th St., Suite 201
Kansas City, MO 64108
816-531-3100
Fax: 816-531-3600
Email: andy@kndklaw.com

Jason A. Frye
Neal, Gerber & Eisenberg LLP
Two North LaSalle St., Suite 1700
Chicago, IL 60602
312-827-1066
Fax: 312-980-0738
Email: jfrye@nge.com

*/s/ Bruce H. Little*